THE JEWETT LAW GROUP, INC.
BRADLEY E. JEWETT (BAR NO. 222773)
355 South Grand Avenue, Suite 2450
Los Angeles, California 90071
Phone: (213) 943-1334
Fax: (213) 402-2797
E-mail: Brad@JewettLawGroup.com

Attorneys for Plaintiff
EDEN SURGICAL CENTER,
A California medical corporation

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDEN SURGICAL CENTER, a California medical corporation,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT BOSCH TOOL CORP., in its capacity as Plan Administrator of the Bosch Choice Welfare Benefit Plan; BOSCH CHOICE WELFARE BENEFIT PLAN,<br><br>Defendants. | Case No. CV13-05412-GW(VBKx)<br><br>Assigned to the Honorable George Wu<br><br>**ORDER ON STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(ii)** |

[1]
[PROPOSED] ORDER DISMISSING ACTION

Pursuant to the Parties' Stipulation Of Dismissal With Prejudice Pursuant to *Federal Rule of Civil Procedure* 41, and GOOD CAUSE APPEARING THEREFOR, it is **HEREBY ORDERED, ADJUDGED and DECREED** as follows:

1) This entire action, and each and every claim for relief asserted therein, shall be and hereby is **DISMISSED IN ITS ENTIRETY WITH PREJUDICE;**

2) Each party shall bear its own attorneys' fees and costs in this action.

**IT IS SO ORDERED.**

Dated: November 12, 2013

*[signature: George H. Wu]*

HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE